IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| EDDIE MORRIS BENTON | § | |
| | § | |
| Plaintiff | § | |
| | § | Civil Action No. |
| VS. | § | 2:11-cv-00253 |
| | § | JURY DEMAND |
| ACTIVA PRODUCTS, INC | § | |
| | § | |
| Defendant | § | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

On this date came on to be considered the agreement of the parties in the above entitled and numbered action that this matter should be, in all things, vacated and dismissed, and having considered the same the Court is of the opinion that said dismissal should be granted.

IT IS, THEREFORE, ORDERED, ADJUDGED and DECREED that all claims and causes of action of Plaintiff, EDDIE MORRIS BENTON, in the above-styled and numbered action be dismissed against Defendant, ACTIVA PRODUCTS, INC., with prejudice as to refiling, with costs of court being taxed against the party by which they were incurred.

**So ORDERED and SIGNED this 5th day of March, 2012.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE